**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CATHAS ADVANCED TECHNOLOGIES, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>APPLE, INC,<br><br>　　　　　　　　Defendant. | C.A. No. 12-669-LPS |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff Cathas Advanced Technologies, LLC hereby dismisses all of its claims against Defendant Apple, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without prejudice.

Dated: January 14, 2013

OF COUNSEL:

Anthony G. Simon
Michael P. Kella
Benjamin R. Askew
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
Saint Louis, Missouri 63101
P. 314.241.2929
F. 314.241.2029
asimon@simonlawpc.com
mkella@simonlawpc.com
baskew@simonlawpc.com

Timothy E. Grochocinski
INNOVALAW, P.C.
1900 Ravinia Place
Orland Park, IL 60462
(314) 853-8146
teg@innovalaw.com

BAYARD, P.A.

/s/　*Vanessa R. Tiradentes*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Cathas Advanced Technologies, LLC*